**Order entered January 9, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00051-CR

### JONATHAN DEMOND CREWS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1356357-M**

## ORDER

Appellant has informed the Court that he wishes to file a pro se response to the *Anders* brief filed by appellate counsel. Accordingly, this is the **ORDER** of the Court:

We **ORDER** the Dallas County District Clerk to provide counsel Niles Illich with a paper copy of the clerk's record that is redacted to delete the juror questionnaires, as well as the addresses, dates of birth, and social security numbers of individuals other than appellant on all documents on which they appear.

We **ORDER** Belinda Baraka, official court reporter of the 194th Judicial District Court, to provide Mr. Illich with a paper copy of the reporter's record, redacted to delete the addresses, dates of birth, and social security numbers of individuals other than appellant on all documents on which they appear.

We **ORDER** counsel Niles Illich to send appellant copies of the clerk's and reporter's records, as redacted in accordance with this order, and to provide this Court, within **FORTY DAYS** of the date of this order, with written verification that the record has been sent to appellant.

Appellant's pro se response is due by **APRIL 15, 2015**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Ernest White, Presiding Judge, 194th Judicial District Court; Belinda Baraka, official court reporter, 194th Judicial District Court; Felicia Pitre, Dallas County District Clerk; Niles Illich; and the Dallas County District Attorney's Office.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Jonathan Crews, TDCJ No. 1908647, Lewis Unit Unit, 777 F.M. 3497, Woodville, Texas 75990.

/s/     LANA MYERS
       JUSTICE